1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10                   **WESTERN DIVISION**

11  **JOSEPH RAYMOND McCOY,**        )    **Case No. CV 03-2393 VAP (AJW)**
                                     )
12              **Plaintiff,**       )
                                     )    **ORDER ADOPTING REPORT**
13      **v.**                       )    **AND RECOMMENDATION OF**
                                     )    **MAGISTRATE JUDGE**
14  **ERNEST C. ROE, et al.,**       )
                                     )
15              **Defendants.**      )
                                     )
16

17          Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the record in this

18  action, the attached Report and Recommendation of Magistrate Judge ("Report"), and the

19  objections thereto.    Good cause appearing, the Court adopts the findings and

20  recommendations contained in the Report after having made a <u>de novo</u> determination of the

21  portions to which objections were directed.

22

23          **IT IS SO ORDERED**.

24

25  _June 30, 2011

26
                                              _____
27                                            VIRGINIA A. PHILLIPS
                                              United States District Judge
28