UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| JOSEPH RAYMOND MCCOY, | ) | |
| Plaintiff, | ) | Case No. 03-2393 VAP (AJW) |
| v. | ) | |
| ERNEST C. ROE, et al., | ) | J U D G M E N T |
| Defendants. | ) | |

**IT IS ADJUDGED** that this action is dismissed with prejudice.

June 30, 2011

_____
VIRGINIA A. PHILLIPS
United States District Judge